UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICK CUDDIHEY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MITEL NETWORKS CORPORATION, TERENCE H. MATTHEWS, RICHARD D. MCBEE, JOHN P. MCHUGH, PETER D. CHARBONNEAU, BENJAMIN H. BALL, DAVID M. WILLIAMS, MARTHA H. BEJAR, and SUDHAKAR RAMAKRISHNA,<br><br>Defendants. | Case No. 1:18-cv-05561-LAP |

## NOTICE OF DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses with prejudice as to Plaintiff only and without prejudice as to the putative class in the above-titled action against Defendants as moot. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

DATED: July 3, 2018

*The clerk of the Court shall mark this action closed and all pending motions denied as moot.*

SO ORDERED

*/s/ Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

7/9/18

Respectfully submitted,

*/s/ Juan E. Monteverde*
Juan E. Monteverde
**MONTEVERDE & ASSOCIATES PC**
The Empire State Building
350 Fifth Avenue, Suite 4405
New York, NY 10118
Tel.: (212) 971-1341
Fax: (212) 202-7880
Email: jmonteverde@monteverdelaw.com

*Counsel for Plaintiff*